==
**MOTION GRANTED**
*Kevin H. Sharp*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| BELLSOUTH TELECOMMUNICATIONS, LLC d/b/a AT&T TENNESSEE,<br><br>    Plaintiff,<br><br>v.<br><br>THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 3:16-CV-2509<br><br>Judge Sharp<br>Magistrate Judge Holmes |

| | |
|---|---|
| COMCAST OF NASHVILLE I, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 3:16-cv-2794<br><br>Judge Sharp<br>Magistrate Judge Holmes |

### DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE OF PUBLIC HEARINGS FOR PURPOSES OF DEFENDANTS' MOTION TO DISMISS[1]

Defendants hereby request that the Court take judicial notice of the video recordings of the Metro Council public hearings where the ordinance at issue in this case was discussed and enacted, so that they may be incorporated as part of Metro's brief in support of its Motion to

---

[1] Due to the brief nature of this Motion, the Metropolitan Government requests that the Court allow Defendants to combine the Motion and Memorandum of Law into a single document.