IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BELLSOUTH TELECOMMUNICATIONS, LLC ) <br> d/b/a AT&T Tennessee ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN GOVERNMENT OF ) <br> NASHVILLE AND DAVIDSON COUNTY, et al ) | CONSOLIDATED CASES <br> NO. 3:16-2509 <br> District Judge Roberts <br> Magistrate Judge Holmes |
| COMCAST OF NASHVILLE I, LLC ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN GOVERNMENT OF ) <br> NASHVILLE AND DAVIDSON COUNTY, et al ) | NO. 3:16-2794 |

# ORDER

Before the Court is the joint motion by all parties to amend the December 6, 2016, initial case management order (Docket Entry No. 38), by cancelling the June 7, 2017, case management conference, and requesting that the conference not be reset until the pending dispositive motions have been ruled on by the District Judge.

The motion, Docket Entry No. 89, is GRANTED. The June 7 case management conference is CANCELLED, as is the June 5 filing date for an additional proposed case management order. Within seven (7) days of a ruling on the pending dispositive motions, counsel shall contact the office of the Magistrate Judge to secure a date to reschedule the conference.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge