UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF TENNESSEE
NASHVILLE DIVISION

BELLSOUTH TELECOMMUNICATIONS,
LLC d/b/a AT&T TENNESSEE,

    Plaintiff,

v.

METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON
COUNTY, TENNESSEE, et al.,

    Defendants.

Case No. 16-2509
Honorable Victoria A. Roberts

-------*consolidated with*-----------------|

COMCAST OF NASHVILLE I, LLC,

    Plaintiff,

v.

METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON
COUNTY, TENNESSEE, et al.,

    Defendants.
_____/

Case No. 16-2794
Honorable Victoria A. Roberts

### ORDER DEEMING MOOT DEFENDANTS' MOTIONS TO DISMISS [Docs. 23, 36] and GRANTING DEFENDANTS' MOTIONS FOR LEAVE TO FILE A SUPPLEMENTAL AUTHORITY [Docs. 93, 95]

    This matter is before the Court on Defendants' two motions to dismiss and two motions for leave to file a supplemental authority.

    The Court **GRANTS** Defendants' motions for leave to file a supplemental authority [Docs. 93, 95].

Because the arguments in Defendants' motions to dismiss [Docs. 23, 36] are incorporated in their motion for summary judgment (which will be addressed in a separate order), the Court deems the motions to dismiss **MOOT**.

The Court will consider the incorporated arguments from the motions to dismiss when it rules on Defendants' motion for summary judgment.

**IT IS ORDERED**.

S/Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge  
Sitting by Special Designation

Dated: November 21, 2017