*Motion GRANTED.*
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BellSouth Telecommunications, LLC d/b/a AT&T Tennessee,<br><br>    Plaintiff,<br><br>  v.<br><br>Metropolitan Government of Nashville and Davidson County, et al.,<br><br>    Defendants. | **Case No. 3:16-cv-2509 (Lead Case)**<br><br>**Judge Trauger** |
| Comcast of Nashville I, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Metropolitan Government of Nashville and Davidson County, et al.,<br><br>    Defendants. | **Case No. 3:16-cv-2794 (Member Case)**<br><br>**Judge Trauger** |

**Plaintiffs' Unopposed Motion For The Entry Of Final Judgment
and Permanent Injunction**

Plaintiffs Comcast of Nashville I, LLC ("Comcast") and BellSouth Telecommunications, LLC d/b/a AT&T Tennessee ("AT&T") (collectively "Plaintiffs") hereby move the Court to enter final judgment and a permanent injunction in this matter, pursuant to the Court's order of November 21, 2017 (Doc. No. 108) (the "November 21 Order"). A form of proposed judgment and injunction is submitted herewith. In support of this motion, Plaintiffs state as follows: